### HAYNES v. CREIGHTON.

*(Supreme Court, General Term, First Department.   October 24, 1890.)*

Appeal from special term.

Action by Archibald C. Haynes against J. Blakely Creighton. Defendant appeals from an order vacating an order for the examination of plaintiff before trial.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*W. Man*, for appellant.   *Root & Clarke*, for respondent.

DANIELS, J.   This action is upon a note for $2,000 made by the defendant, and indorsed by him.   It is shown by the plaintiff's affidavit, on which the order for the examination of the plaintiff has been made, to be one of the notes delivered by the defendant to A. D. Jones to be delivered by him to Charles T. Russell, and diverted and misappropriated by Jones; and the order for the plaintiff's examination is in the same form as that made in the other action by him against the defendant.   *Ante*, 490.   The necessity for this examination to obtain information to frame the answer has been shown the same as it was in the other action by the plaintiff against the defendant; and, for the reasons stated in that action, the order from which this appeal has been brought should be reversed, and the motion denied, without costs, with the disbursements on the appeal to the defendant.   All concur.

---

### VERNON et al. v. CREIGHTON.

*(Supreme Court, General Term, First Department.   October 24, 1890.)*

Appeal from special term, New York county.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*William Man*, for appellant.   *Harold Vernon*, for respondents.

DANIELS, J.   The note upon which this action has been brought was made and indorsed by the defendant, J. Blakely Creighton, for the sum of $1,500.   It is alleged to have been also indorsed by A. Delmont Jones, and delivered to the plaintiffs.   The note is stated in the affidavit of the maker to have been delivered to Jones to be by him delivered for the maker to Charles T. Russell; but he failed to make that delivery of it, and wrongfully appropriated it, by transferring it to the plaintiffs.   The order for their examination was made upon an affidavit similar to those upon which the other orders were made; and the examination was restricted in the same manner.   The necessity for the plaintiffs' examination has been presented by the same statements as have been made for that object in the other two cases, *(ubi supra;)* and the same disposition should therefore be made of this appeal, which was argued with the others.   The order should therefore be reversed, but without costs, but with the disbursements on the appeal in favor of the defendant, appealing.   All concur.